# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL MCGAW,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-1147-Orl-22KRS**

**ICEBAR ORLANDO, LLC,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 16) filed on September 29, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection (Doc. No. 18), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 6, 2010 (Doc. No. 17) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 16) is granted to the extent that the Court finds the settlement is fair and reasonable.

3. Counsel for Plaintiff is prohibited from withholding any portion of the $1,676.72 payable to McGaw under the settlement agreement pursuant to a contingent fee agreement or otherwise. Further, Counsel for Plaintiff shall provide a copy of this Order to Plaintiff.

4. The Court declines to retain jurisdiction to enforce the settlement agreement.

5. This case is DISMISSED WITH PREJUDICE.

6. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 12, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge